In the Matter of the BROTHERHOOD OF RAILROAD TRAIN-
MEN, Appellant, against the PUBLIC SERVICE COM-
COMMISSION OF THE STATE OF NEW YORK et al.,
Respondents.

(Argued April 22, 1936; decided May 19, 1936.)

*Homer E. Peters* for appellant.

*Joseph Rosch* and *Alfred D. Kelly* for The Delaware and Hudson Railroad Corporation, respondent.

*Sherman C. Ward* and *Russell B. Burnside* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.